EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2010 TSPR 2 |
| Eric B. Singleton Batista | 177 DPR _____ |

Número del Caso: TS-7076

Fecha: 12 de enero de 2010

Abogado de la parte peticionaria:

       Por derecho propio

Colegio de Abogados de Puerto Rico:

       Lcda. María de Lourdes Rodríguez

Materia: Reinstalación al Ejercicio de Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Eric B. Singleton Batista

TS-7076

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 12 de enero de 2010.

Examinada la Solicitud de reinstalación a ejercer la abogacía presentada por el Sr. Eric B. Singleton Batista, se autoriza su reinstalación al ejercicio de la abogacía, efectivo inmediatamente.

Sin embargo, deberá continuarse con el procedimiento en la queja que aún está pendiente contra el señor Singleton Batista.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Martínez Torres disiente. El Juez Asociado señor Rivera Pérez no intervino.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo